Thomas D. Dinwiddie (No. 6790)
902 South 10th Street
Tacoma, WA 98405
Telephone: (253) 272-2206
Facsimile: (253) 272-6439
Attorney for Plaintiffs

Eugene A. Studer (No. 20175)
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4305
Telephone: (253) 428-3806
Facsimile: (253) 428-3826
Attorney for Defendant United States of America

Honorable Franklin D. Burgess

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOE PINKHAM, BETHANY LEWIS, MOTHER AND GUARDIAN FOR BRIANNA PINKHAM, a minor.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | NO.  C04-5869FDB<br><br>STIPULATED ORDER GRANTING JOINT MOTION TO APPOINT ATTORNEY SCOTT W. JABLON AS SETTLEMENT GUARDIAN AD LITEM FOR BRIANNA PINKHAM |

This matter came before the Court on the parties' Joint Motion to Appoint Attorney Scott W. Jablon as settlement guardian ad litem for plaintiff, Brianna Pinkham, a minor.  Upon consideration of the Motion and the exhibit thereto, including the qualifications of Scott W. Jablon to serve as settlement guardian ad litem in this matter, it is hereby ORDERED that the Motion be GRANTED.  Scott W. Jablon is an attorney found by the Court to be a suitable, disinterested person having the requisite knowledge, training and expertise to perform the duties of a settlement guardian ad litem as required by Rule CR 17(c), and is hereby appointed to

/

STIPULATED ORDER GRANTING JOINT
MOTION TO APPOINT ATTORNEY
SCOTT W. JABLON AS SETTLEMENT
GUARDIAN AD LITEM FOR BRIANNA PINKHAM     -1-

THOMAS D.  DINWIDDIE
902 South 10th St.
Tacoma, WA 98405
(253) 272-2206 Phone
(253) 272-6439 Fax

1  /

2  represent the interest of Brianna Pinkham in this matter.

3  **IT IS SO ORDERED.**

4  DATED this 21st day of December 2005.

[signature]

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

B*/s/ Thomas D. Dinwiddie*  
Thomas D. Dinwiddie, WSBA #6790  
902 South 10th Street  
Tacoma, WA 98405  
Telephone: (253) 272-2206  
Facsimile: (253) 272-6439  
Email: thomasdinwiddie@yahoo.com  
Attorney for Plaintiffs

*/s/ Eugene A. Studer*  
Eugene A. Studer, WSBA #20175  
Assistant United States Attorney  
1201 Pacific Avenue, Suite 700  
Tacoma, WA 98402-4305  
Telephone: (253) 428-3806  
Facsimile: (253) 428-3826  
Email: Eugene.studer@usdoj.gov  
Attorney for Defendant United States of America

STIPULATED ORDER GRANTING JOINT
MOTION TO APPOINT ATTORNEY
SCOTT W. JABLON AS SETTLEMENT
GUARDIAN AD LITEM FOR BRIANNA PINKHAM    -2-

THOMAS D. DINWIDDIE
902 South 10th St.
Tacoma, WA 98405
(253) 272-2206 Phone
(253) 272-6439 Fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED ORDER GRANTING JOINT
MOTION TO APPOINT ATTORNEY
SCOTT W. JABLON AS SETTLEMENT
GUARDIAN AD LITEM FOR BRIANNA PINKHAM     -3-

THOMAS D. DINWIDDIE
902 South 10th St.
Tacoma, WA 98405
(253) 272-2206 Phone
(253) 272-6439 Fax