HONORABLE FRANKLIN D. BURGESS

UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOE PINKHAM, BETHANY LEWIS, MOTHER AND GUARDIAN FOR BRIANNA PINKHAM, a minor.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | NO.  C04-5869FDB<br><br>ORDER APPROVING MINOR SETTLEMENT |

This matter having come on before the court on Plaintiffs' motion for approval of minor settlement with the concurrence of defense counsel, the court having reviewed the records and files herein and the report of the guardian ad litem, wherefore now it is

//
//
//
//
//
//
//

ORDER APPROVING MINOR SETTLEMENT        -1-

THOMAS D. DINWIDDIE
902 South 10th St.
Tacoma, WA 98405
(253) 272-2206 Phone
(253) 272-6439 Fax

//

ORDERED that this matter be settled in conformity with the recommendation set forth in the report of the guardian ad litem.

DATED this 22nd day of February 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas D. Dinwiddie
Thomas D. Dinwiddie, WSBA #6790
Attorney for Plaintiffs
902 South 10th Street
Tacoma, WA 98405
253-272-2206 {Phone}
253-272-6439 {Fax}
thomasdinwiddie@yahoo.com

Approved for Entry:

/s/ Eugene A. Studer
Eugene A. Studer, WSBA #20175
Attorney for Defendant
Assistant U.S. Attorney
253-428-3806 {Phone}
253-428-3826 {Fax}

ORDER APPROVING MINOR SETTLEMENT         -2-

THOMAS D. DINWIDDIE
902 South 10th St.
Tacoma, WA 98405
(253) 272-2206 Phone
(253) 272-6439 Fax