HONORABLE FRANKLIN D. BURGESS

1
2
3
4
5
6
7
8

UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

9
10
11

JOE PINKHAM, BETHANY
LEWIS, MOTHER AND
GUARDIAN FOR BRIANNA
PINKHAM, a minor.

NO.   C04-5869FDB

12
13

          Plaintiffs,

14
15

v.

ORDER OF DISMISSAL WITH
PREJUDICE

UNITED STATES OF AMERICA

16
17

Defendant.

18
19
20
21

    This matter having come on before the court upon the Plaintiffs' motion to dismiss with prejudice, the court having reviewed the records and files and the order approving settlement wherefore now it is

22 //
23 //
24 //
25 //
26 //
27 //
28 //

THOMAS D. DINWIDDIE
902 South 10th St.
Tacoma, WA 98405
(253) 272-2206 Phone
(253) 272-6439 Fax

ORDER OF DISMISSAL WITH PREJUDICE     -1-

1  //

2  ORDERED that this matter be dismissed with prejudice and without costs to either party.

3  DATED this 22nd day of February 2006.

4

5

6  FRANKLIN D. BURGESS
   UNITED STATES DISTRICT JUDGE

7

8

9  Presented by:

10

11  /s/ Thomas D. Dinwiddie
    Thomas D. Dinwiddie, WSBA #6790
12  Attorney for Plaintiffs
    902 South 10th Street
13  Tacoma, WA 98405
14  253-272-2206 {Phone}
    253-272-6439 {Fax}
15  thomasdinwiddie@yahoo.com

16

17

18  Approved for Entry:

19

20  /s/ Eugene A. Studer
21  Eugene A. Studer, WSBA #20175
    Attorney for Defendant
22  Assistant U.S. Attorney
    253-428-3806 {Phone}
23  253-428-3826 {Fax}

24

25

26

27

28

THOMAS D. DINWIDDIE
902 South 10th St.
Tacoma, WA 98405
(253) 272-2206 Phone
(253) 272-6439 Fax

ORDER OF DISMISSAL WITH PREJUDICE          -2-